1

2

3                                                    **O**

4

5                                        JS - 6

6      cc: order, docket, remand letter to
       Los Angeles Superior Court, Santa Monica
7      No. 12U01495

8                  UNITED STATES DISTRICT COURT

9                  CENTRAL DISTRICT OF CALIFORNIA

10

11   JAMES RODRIGUEZ,              )  Case No. CV 12-06499 DDP (FMOx)
                                   )
12               Plaintiff,        )
                                   )  **ORDER GRANTING PLAINTIFF'S EX**
13      v.                         )  **PARTE APPLICATION FOR ORDER TO**
                                   )  **REMAND UNLAWFUL DETAINER**
14   VIOREL MURESAN,               )
                                   )
15               Defendant.        )
     _____ )  [Dkt. No. 12]

16

17        Presently before the court is Plaintiff James Rodriguez's Ex

18   Parte Application for Order to Remand Unlawful Detainer to State

19   Court.  Having considered the submissions of the parties, the court

20   grants the application.

21        On May 8, 2012, Plaintiff filed a complaint for unlawful

22   detainer against Defendant in Los Angeles County Superior Court.

23   (Application, Ex. A.)  The Complaint sought possession of property

24   located at 2032 Shenandoah St. # 6, Los Angeles, California 90034,

25   costs and fees, past due rent of $822.00, and damages of $27.40 per

26   day.  (Id.)  Defendant filed a Notice of Removal in this court on

27   July 27, 2012, apparently on the basis of defenses under the United

28   States Constitution.  (Notice of Removal at 2-3.)  The state court

1  entered judgment against Defendant on July 30, 2012.  (App., Ex.

2  C.)  Defendant filed a copy of his Notice of Removal in state court

3  that same day.  Plaintiff now seeks to remand the matter to state

4  court.

5       A defendant may remove to federal court "any civil action

6  brought in a State court of which the district courts of the United

7  States have original jurisdiction . . . ."  28 U.S.C. § 1441(a).

8  District courts have original jurisdiction over "all civil actions

9  arising under the Constitution, laws, or treaties of the United

10  States.  28 U.S.C. § 1331.  The removal statute is strictly

11  construed against removal jurisdiction, and federal jurisdiction

12  must be rejected if any doubt exists as to the propriety of

13  removal.  Gaus v. Miles, Inc., 980 F.2d 564, 566 (9th Cir. 1992).

14  A removing defendant always bears the burden of establishing that

15  removal is proper.  Id.

16       Here, no federal question appears from the face of the

17  complaint.  Indeed, Defendant acknowledges that Plaintiffs'

18  complaint does not raise a federal question.  (Emergency Opp. at

19  1.)  Defendant appears to suggest that a federal question exists

20  because he has federal defenses to Plaintiff's allegations.  "Under

21  the longstanding well-pleaded complaint rule, however, a suit

22  'arises under' federal law only when the plaintiff's statement of

23  his own cause of action shows that it is based upon federal law."

24  Vaden v. Discover Bank, 556 U.S. 49, 60 (2009) (quotation,

25  citation, and alteration omitted).  "Federal law" cannot be

26  predicated on a defense or counterclaim.  Id.  Defenses based on

27  federal law are, therefore, insufficient to create federal

28

2

1  jurisdiction.  See HSBC Bank USA v. Santiago, No. CV 10-04127, 2011

2  WL 165382, at *1-2 (C.D. Cal. Jan. 18, 2011).

3      The court takes no position on the viability of Defendant's

4  potential defenses.  For the reasons stated above, however, any

5  such defenses are insufficient to confer jurisdiction upon this

6  court.  Accordingly, Plaintiff's Ex Parte Application is GRANTED,

7  and this matter is REMANDED to state court.

8

9

10  IT IS SO ORDERED.

11

12

13  Dated: August 31, 2012

14                                    DEAN D.  PREGERSON
                                      United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28